# 11-0397-cv(L), 11-0403-cv(CON),
## 11-0416-cv(CON), 11-0418-cv(CON), 11-0428-cv(CON), 11-0447-cv(CON)

## United States Court of Appeals
### for the
## Second Circuit

VIKING GLOBAL EQUITIES LP, VIKING GLOBAL EQUITIES II LP, VGE III PORTFOLIO LTD., PARKCENTRAL GLOBAL HUB LIMITED, ELLIOTT INTERNATIONAL, L.P., THE LIVERPOOL LIMITED PARTNERSHIP, ELLIOTT ASSOCIATES, L.P., GLENVIEW CAPITAL PARTNERS, L.P., GLENVIEW INSTITUTIONAL PARTNERS, L.P., GLENVIEW CAPITAL MASTER FUND, LTD., GCM LITTLE ARBOR PARTNERS, L.P., GCM LITTLE ARBOR INSTITUTIONAL PARTNERS, L.P., GCM LITTLE ARBOR MASTER FUND, LTD., GCM OPPORTUNITY FUND, L.P., GLENVIEW CAPITAL OPPORTUNITY FUND, L.P., GLENVIEW OFFSHORE OPPORTUNITY MASTER FUND, LTD., PERRY PARTNERS, L.P., D.E. SHAW VALENCE INTERNATIONAL, INC., PERRY PARTNERS INTERNATIONAL, INC., GLENVIEW OPPORTUNITY FUND, L.P., YORK ASIAN OPPORTUNITIES MASTER FUND, L.P., YORK EUROPEAN FOCUS MASTER FUND, L.P., YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P., YORK GLOBAL VALUE MASTER FUND, L.P., YORK SELECT, L.P., YORK SELECT MASTER FUND, L.P., BLACK DIAMOND RELATIVE VALUE OFFSHORE LTD., DOUBLE BLACK DIAMOND OFFSHORE LTD., BLACK DIAMOND OFFSHORE LTD., BLACK DIAMOND ARBITRAGE OFFSHORE LTD., BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND, L.P., SENECA CAPITAL LP, SENECA CAPITAL INTERNATIONAL LTD.,

*Plaintiffs-Appellants,*

— v. —

PORSCHE AUTOMOBIL HOLDING SE, FKA Dr. ING. H.C. F. PORSCHE AG, WENDELIN WIEDEKING, HOLGER P. HAERTER,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**STIPULATION WITHDRAWING APPEAL
AS TO CERTAIN PLAINTIFFS-APPELLANTS**

NSREEP\227739.3 - 04/29/13

**IT IS HEREBY STIPULATED AND AGREED** by, between and among the undersigned counsel for the parties, as follows:

1. On January 25, 2010, Plaintiffs-Appellants Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., GCM Little Arbor Partners, L.P., GCM Little Arbor Institutional Partners, L.P., GCM Little Arbor Master Fund, Ltd., GCM Opportunity Fund, L.P., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd. and Glenview Opportunity Fund, L.P. (collectively, the "Glenview Appellants") and others commenced an action (the "Glenview Action") in the United States District Court for the Southern District of New York styled *Elliott Associates, L.P., et al. v. Porsche Automobil Holding SE, et al.*, 10 civ. 0532 (HB)(THK) asserting in the complaint (the "Glenview Complaint") claims arising under the Securities Exchange Act of 1934 (the "Glenview Exchange Act Claims"), specifically,

   (1) securities fraud based on false and misleading statements in violation of § 10(b) of the Exchange Act and Rule 10b-5 (Count One),

   (2) market manipulation in violation of § 10(b) of the Exchange Act and Rule 10b-5 (Count Two), and

   (3) violations of § 20(a) of the Exchange Act (Count Three).

The Glenview Complaint also asserted a claim for common-law fraud (Count Four, the "Glenview Common Law Claim").

2.  On July 21, 2010, the Glenview Appellants and others filed a Third Amended Complaint (the "Glenview Third Amended Complaint"), amending the Exchange Act and Common Law Claims.

3.  On October 22, 2010, Plaintiffs-Appellants Viking Global Equities LP, Viking Global Equities II LP, and VGE III Portfolio Ltd. (collectively, the "Viking Appellants") commenced an action (the "Viking Action") in the United States District Court for the Southern District of New York styled *Viking Global Equities LP, et al v. Porsche Automobile Holdings SE* asserting in the complaint (the "Viking Complaint") claims arising under the Securities Exchange Act of 1934, specifically,

    (1) securities fraud based on false and misleading statements in violation of § 10(b) of the Exchange Act and Rule 10b-5 (Count One) and

    (2) market manipulation in violation of § 10(b) of the Exchange Act and Rule 10b-5 (Count Two).

The Viking Complaint also asserted claims for common-law fraud (Count Three) and unjust enrichment (Count Four, together with the other claims in the Viking Complaint, the "Viking Claims").

4.  By stipulation so-ordered on November 17, 2010 and entered on November 18, 2010, the Glenview Appellants, the Viking Appellants and the Appellees, among others, agreed that the District Court's rulings on the motion to dismiss in the Glenview Action would apply in, *inter alia*, the Viking Action.

2

5. On December 30, 2010, the District Court issued its Decision and Order (the "Glenview Decision and Order") dismissing the Glenview Third Amended Complaint, holding that the Exchange Act does not apply to the allegations in the Third Amended Complaint and declining to exercise supplemental jurisdiction over the Common Law Claim. The Decision and Order did not address the merits of the Common Law Claim. The District Court dismissed the Glenview Exchange Act Claims with prejudice and dismissed the Glenview Common Law Claim without prejudice.

6. On December 31, 2010, Judgment (the "Glenview Judgment") was entered on the basis of the Glenview Decision and Order, dismissing the Glenview Exchange Act Claims with prejudice and the Glenview Common Law Claim without prejudice.

7. On January 27, 2011, the Glenview Appellants and others appealed the Glenview Decision and Order and Glenview Judgment.

8. On January 31, 2011, the Viking Appellants appealed the Glenview Decision and Order and Glenview Judgment.

9. By order dated February 16, 2011, this Court consolidated the appeals by, *inter alia*, the Glenview Appellants and the Viking Appellants.

10. The Glenview Appellants and Viking Appellants (together, the "Withdrawing Appellants") wish to withdraw their appeals in this Court.

11. The appeals of the Withdrawing Appellants shall be, and the same hereby are, withdrawn, each party to bear its own costs.

3

12.　　The withdrawal of the appeals of the Withdrawing Appellants shall be without prejudice to, and shall have no effect upon, the appeals of the other appellants in this matter or other rights and relationships among the parties.

[Signature Pages Follow]

Dated: New York, New York
April 24, 2013

        James B. Heaton, III
        BARTLIT BECK HERMAN PALENCHAR &
           SCOTT LLP
        54 W. Hubbard Street, Suite 300
        Chicago, Illinois 60654
        Tel: (312) 494-4400

                - and -

        KLEINBERG, KAPLAN, WOLFF & COHEN P.C.

        By: /s/ David Parker
                David Parker

        551 Fifth Avenue, 18th Floor
        New York, New York 10176
        Tel: (212) 986-6000

        *Attorneys for Glenview Appellants*
        *Glenview Capital Partners, L.P., Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., GCM Little Arbor Partners, L.P., GCM Little Arbor Institutional Partners, L.P., GCM Little Arbor Master Fund, Ltd., GCM Opportunity Fund, L.P., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd. and Glenview Opportunity Fund, L.P.*

                - and -

        *Attorneys for Other Withdrawing Plaintiffs-Appellants*
        *Elliott International, L.P., The Liverpool Limited Partnership, Elliott Associates, L.P., Perry Partners, L.P., D.E. Shaw Valence International, Inc., Perry Partners International, Inc., York Asian Opportunities Master Fund, L.P., York European Focus Master Fund, L.P., York European Opportunities Master Fund, L.P., York Global Value Master Fund, L.P., York Select, L.P. and York Select Master Fund, L.P.*

James F. Bennett, LLP
Megan S. Heinsz
DOWD BENNETT, LLP
7733 Forsyth Blvd., Suite 1410
St. Louis, Missouri 63105
Tel: (314) 889-7302

- and -

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Marc L. Greenwald
Elinor C. Sutton

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel: (212) 849-7000

*Attorneys for Viking Appellants
Viking Global Equities LP, Viking Global
Equities II LP, and VGE III Portfolio Ltd.*


SULLIVAN & CROMWELL, LLP

By: _____ April 30, 2013
Robert J. Giuffra, Jr.
Suhana S. Han

125 Broad Street
New York, New York 10004
(212) 558-4000
(212) 735-3000

*Attorneys for Defendant-Appellee Porsche Automobil
Holding SE, f/k/a Dr. Ing. h.c. F. Porsche AG*

6

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Scott D. Musoff

Four Times Square
New York, New York 10036

*Attorneys for Defendant-Appellee Wendelin Wiedeking*

SIMPSON THACHER & BARTLETT LLP

By: Paul C. Curnin /sh
Michael J. Chepiga
Paul C. Curnin
Emma Lindsay
Alexandra C. Pitney

425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Attorneys for Defendant-Appellee Holger P. Härter*

SO ORDERED:

_____

7